# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| GREGORY GAINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. BROOME, )<br>)<br>Defendant. ) | Case No. CV608-110 |

## REPORT AND RECOMMENDATION

Gaines' 42 U.S.C. § 1983 complaint was transferred from the Middle District of Georgia to this Court on December 8, 2008. (Doc. 4.) Upon receiving the complaint, the Clerk noted that Gaines had not submitted a filing fee or motion to proceed *in forma pauperis*. Consequently, the Clerk sent Gaines a packet containing a deficiency notice and the Court's standard *in forma pauperis* motion. That parcel was returned to the Court.[1] (Doc. 5.)

---

[1] Gaines also refused a similar package sent to him in another case transferred here from the Middle District. Gaines v. Broome, No. CV608-107 (S.D. Ga. filed Dec. 4, 2008.) It is clear that he does not want to litigate his claims in this Court.

Gaines appears to have abandoned his claim. A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, pursuant to the inherent power to police its docket, the Court should **DISMISS** Gaines' complaint without prejudice for his failure to prosecute this action. L.R. 41(b); see Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Floyd v. United States, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 22nd day of December, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA